ENTERED ON DOCKET

9/9/99 ____ PURSUANT

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

STEFAN NICOLAIE LIUBA,

     Plaintiff,

     v.

MASSO EXPO CORPORATION,
et al.,

     Defendants.

Civil No. 98-2100 (JAF)

## J U D G M E N T

    On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered dismissing the present case with prejudice.

    San Juan, Puerto Rico, this 8th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)