# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



STEFAN NICOLAIE LIUBA,

VS.   CIVIL NO. __98-2100__ (JAF)

MASSO EXPO CORPORATION, ET AL.,

---

### DESCRIPTION OF MOTION

DATE FILED: 9/17/99  DOCKET: 28    TITLE: VERIFIED BILL OF COSTS

[ ] Plaintiff(s)
[X] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:  *Approved as extraordinary costs*

---

__10-1-99__
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(29)