## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





RECEIVED & FILED
00 FEB -4 PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

STEFAN NICOLAIE LUBA

    VS.                          CIVIL NO. __98-2100__ (JAF)

MASSO EXPO CORPORATION, ET AL.

### DESCRIPTION OF MOTION

DATE FILED: 8/30/99  DOCKET: 24      TITLE: MOTION TO WITHDRAW FROM REPRESENTATION

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

February 2, 2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

cc: A. Ravn & Stefan Luba

(31)