# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



STEFAN NICOLAIE LUBA

    VS.                       CIVIL NO. 98-2100 (JAF)

MASSO EXPO CORPORATION, ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 9/03/99   DOCKET: 25   TITLE: AFFIDAVIT FOR ATTORNEY'S FEES

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

---

**OTHER:** PLAINTIFF WILL PAY IVAN A. RAMOS, ESQ., THE AMOUNT OF $18,630.60, FOR ATTORNEY'S FEES.

---

February 2, 2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE