## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



STEFAN NICOLAIE LIUBA

    VS.

MASSO EXPO CORPORATION, ET AL

CIVIL NO. 98-2100 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 02/16/00   DOCKET #: 33   TITLE: MOTION by Ivan A. Ramos, Esq., pro se |to Take Deposition to plff for execution of judment deuces tecum|

[X] Plaintiff(s)
[ ] Defendant(s)
[X] Other (Ivan A. Ramos, Esq.

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted for any date after today and within the next 40 days.*

3/28/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(34)