## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



STEFAN NICOLAIE LIUBA

    VS.                          CIVIL NO. __98-2100__ (JAF)

MASSO EXPO CORPORATION, ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 03/21/01   DOCKET: 36   TITLE: MOTION FOR COURT ORDER COMPELLING PLAINTIFF TO ANSWER POST-SENTENCE INTERROGATORIES.

[] Plaintiff(s)
[] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted_

---

DATE: 6/12/01

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE


