UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| STEFAN NICOLAIE LIUBA | * | Case No: 98-2100 JAF |
| Plaintiff | * | |
| Vs. | * | About: Damages (Torts) |
| | * | Trial By Jury |
| MASSO EXPO CORPORATION et, als | * | |

* * * * * * * * * * * * * * * * * *

## ORDER FOR ATTACHMENT (GARNISHMENT) OF FUNDS AND/OR FOR THE RIGHTS OVER A JUDICIAL SENTENCE.

TO:   Tribunal de Primera Instancia de Puerto Rico
      Sala Superior de San Juan
      Civil case KPE 2000-2654 (902)

      Stefan Nicolaie Liuba
      Calle San Juan #912, Apt. 5
      Pda. 17
      San Juan, PR 00907

      Lcda. Adriana Pou Porrata Doria
      Plaza Antillana 2904
      Hato Rey, PR 00918
      Attorney for Amedeo and Tina Liuba

      Lcdo. Fermín Fracinetti
      P.O. Box 361697
      San Juan, PR 00936
      Attorney for Amedeo and Tina Liuba

      Amedeo Liuba and his wife Tina Liuba
      c/o Restaurant Transylvania
      Calle Recinto Sur #317
      Viejo San Juan
      San Juan, PR 00901

      Lcdo. Guillermo Macari Grillo
      c/o Lcdo. José Guillermo González
      P.O. Box 190498
      San Juan, PR 00918-0498
      Attorney for Stefan N. Liuba



Lcdo. Benjamín Ortiz Belaval
P.O. Box 191953
San Juan, PR 00919-1953
Attorney for Stefan N. Liuba

Attorney Iván A. Ramos has filed a motion requesting this court to issue an order in his favor to attach the proceeds of a judgment Mr. Stefan N. Liuba obtained against one Amedeo Liuba and his wife Tina Liuba, in the Tribunal de Primera Instancia de Puerto Rico, Sala Superior de San Juan, civil case KPE 2000-2654 (902), for the amount of $26,001.86. Out of that amount Amedeo and Tina Liuba must pay Stefan Nicolaie Liuba, Attorney Iván A. Ramos requests garnishment for the amount of $22,621.95, plus $4.85 daily, after January 22, 2002, because of the interests that accrue.

Attorney Iván A. Ramos wishes to execute his sentence against Stefan N. Liuba, a/k/a Stefan Nicolaie Liuba Raich, for attorneys fees granted by this court in the case at bar, and requests to obtain the attachment of the right to collect the sentence Stefan N. Liuba holds against Amedeo and Tina Liuba in said case KPE 2000-2654 (902), in the Tribunal de Primera Instancia de Puerto Rico, Sala Superior de San Juan.

Herein petitioner Iván A. Ramos can attach (garnish) to execute his attorneys fees without the need to post a bond, since the order for attorneys fees is firm and unapellable.

The court hereby directs Tribunal de Primera Instancia de Puerto Rico, Sala Superior de San Juan, civil case KPE 2000-2654 (902) to retain, hold and pay Attorney Iván A. Ramos, of Avenida Magdalena 1156, Condado, San Juan, Puerto Rico 00907, 787-721-6666 and fax 787-724-5446, the proceeds of the judgent for $26,001.86 Amedeo and Tina Liuba must pay Stefan Nicolaie Liuba, up to the amount of $22,621.95, plus $4.85 daily from January 22, 2002, until full payment.

Likewise, it is hereby directed to Tribunal de Primera Instancia, to order Amedeo and Tina Liuba to withold payment of that part of the judgment for $26,001.86 and instead, pay the proceeds of that judgment up to $22,621.95 to Attorney Iván A. Ramos, plus $4.85

daily from January 22, 2002 to its full payment, once such payment becomes due and payable because the judgment becomes firm, unapellable and executionable.

It is also directed to the Tribunal de Primera Instancia de Puerto Rico, Sala Superior de San Juan, KPE 2000-2654 (902), to order Stefan N. Liuba, under advise of contempt, to retain from collecting that part of the judgment in said civil case KPE 2000-2654 (902) and instead, to direct its payment to Attorney Iván A. Ramos up to the amount of $22,621.95 plus $4.85 from January 22, 2002 until the debt for the attorneys fees to Iván A. Ramos by Stefan N. Liuba is fully paid.

The rights of Stefan N. Liuba in relation to the part of the judgment for $26,001.86 in said case KPE 2000-2654 (902), are hereby granted and transfered, up to the amount of $22,621.95, plus $4.85 daily from January 22, 2002 until its full payment, to Attorney Iván A. Ramos, who can proceed with the execution of judgment within the same frame of rights Stefan N. Liuba obtained thru the judgment in his favor.

It is also directed to Tribunal de Primera Instancia, Sala Superior de San Juan, civil case KPE 2000-2654 (902), under the United States Constitution, Article IV, Section I, (Full Faith and Credit Clause) to issue the corresponding orders in order to execute the present Order for Attachment (Garnishment) of Funds and Right Over its Judicial Judgment.

Stefan N. Liuba is hereby advised, under advise of contempt that he shall in no way enter into settlements, transactions or deals with Amedeo and/or Tina Liuba, and with no other person, nor thru third persons, that may violate the present order or part of it.

San Juan, Puerto Rico, February 22, 2002.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE